KEKER, VAN NEST & PETERS LLP
BENJAMIN BERKOWITZ - # 244441
bberkowitz@keker.com
MATAN SHACHAM - # 262348
mshacham@keker.com
CHRISTINA LEE - # 314339
clee@keker.com
IAN KANIG - # 295623
ikanig@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MISAEL AMBRIZ, JIMMY NIMMO, CHRISTOPHER BISSONNETTE, AHMAD MEHDIPOUR, EUGENE ERLIKH, JAMES FOX, and PETER SAMISH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No. 3:23-cv-5437-RFL<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE LLC'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>**Pursuant to Civ. L.R. 3–12 & 7–11.**<br><br>Date Filed:  October 23, 2023<br>FAC:            July 22, 2024<br><br>Trial Date:  Not Yet Set |

# [PROPOSED] ORDER RELATING CASES

Defendant Google LLC has filed an Administrative Motion to Consider Whether Cases Should Be Related as to the above-captioned matter, *Ambriz v. Google LLC*, No. 23-cv-05437 (N.D. Cal.), and the actions styled *Arroyo v. Google LLC*, No. 25-cv-10706 (N.D. Cal.), and *Marquez v. Google LLC*, No. 25-cv-10765 (N.D. Cal.). Google and Plaintiffs have submitted a joint stipulation in support of case relation.

Having read Google's administrative motion, the joint stipulation, and other papers, the Court hereby **ORDERS** that *Arroyo* and *Marquez* are related to the lower-numbered *Ambriz* action under Civil Local Rule 3–12(a). Accordingly, this Court further **ORDERS** that the *Arroyo* and *Marquez* actions be transferred and assigned to this Court pursuant to Civil Local Rule 3–12(f)(3). All initial case management deadlines in *Arroyo* and *Marquez* are hereby **VACATED** pursuant to Civil Local Rule 3–12(g).

**IT IS SO ORDERED.**

Dated: February 4, 2026

Hon. Rita F. Lin
United States District Court Judge